1  MAYER BROWN LLP
   LEE H. RUBIN (SBN 141331)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA  94306
   Telephone: (650) 331-2000
4  Facsimile:  (650) 331-2060
   lrubin@mayerbrown.com
5  sgupta@mayerbrown.com

6  Attorneys for Defendant
   TD AMERITRADE, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11

12 | BRAD ZIGLER, an individual, on behalf of himself, the general public and all others similarly situated, | Case No. C 07-4903 MJJ |
13 | | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
14 | Plaintiff, | AND ORDER |
15 | v. | |
16 | TD AMERITRADE, INC., a New York Corporation and DOES 1 through 100, | |
17 | Defendants. | |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1(a), Plaintiff Brad Zigler ("Plaintiff") and Defendant TD |
| 2 | AMERITRADE Inc. ("TD AMERITRADE"), by and through their respective counsel of record, |
| 3 | hereby stipulate that the time in which TD AMERITRADE may respond to Plaintiff's Complaint |
| 4 | is extended to April 1, 2008. |
| 5 | IT IS SO STIPULATED. |

Dated: January 24, 2008                    Mayer Brown LLP


By: /s/ Shirish Gupta
      Shirish Gupta

Attorneys for Defendant TD AMERITRADE, Inc.

Dated: January 24, 2008                    Parisi and Havens LLP


By:/s/ David C. Parisi
      David C. Parisi

Attorneys for Plaintiff Brad Zigler

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

**IT IS SO ORDERED**
Judge Martin J. Jenkins
1/28/2008
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA